## William Fisher, Plff. in Err., v. Pennsylvania Company.

Fence held not a monument or mark defining a boundary.

(Decided January 4, 1886.)

Error to the Common Pleas, No. 2, of Allegheny County to review a judgment for defendant in an action for trespass for removing a fence. Affirmed.

*Barton & Sons* for plaintiff in error.

*Hampton & Dalzell* for defendant in error.

PER CURIAM:

We discover no error in this record. The land on which the fence stood was properly appropriated by the railroad company, according to law. The fence was not a continuous one to mark any designated boundary. It was merely disconnected portions to prevent cattle from trespassing on the track. It was not in any sense a consentable line to define the boundary between the company and the adjoining owner.

Judgment affirmed.